UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN J. FALCOCCHIA and
RACHAEL D. FALCOCCHIA,

        Plaintiffs,

   v.

SAXON MORTGAGE, INC., et al.,

        Defendants.

NO. CIV. S-09-2700 LKK/GGH

O R D E R

Pending before the court in the above-captioned case is a motion to dismiss (Doc. No. 6). The court does not find oral argument necessary in this matter. Accordingly, the hearing on the above motion currently set for November 9, 2009 is VACATED. The deadline for submission of defendants' reply memorandum, if any, remains unchanged.

    IT IS SO ORDERED.

    DATED: October 30, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1