UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN J. FALCOCCHIA and
RACHAEL D. FALCOCCHIA,

        NO. CIV. S-09-2700 LKK/GGH

    Plaintiffs,

  v.

        O R D E R

SAXON MORTGAGE, INC., et al.,

    Defendants.

_____/

    Pending before the court in the above-captioned case is a motion to dismiss (Dkt. No. 36).  The court does not find oral argument necessary in this matter.  Accordingly, the hearing on the above motion currently set for August 9, 2010 is VACATED.  The deadline for submission of defendants' reply memorandum, if any, remains unchanged.

    IT IS SO ORDERED.

    DATED:  July 28, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT